IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:92-CR-319 |
| v. | : (Chief Judge Conner) |
| **ORLANDO SANCHEZ,** | : |
| **Defendant** | : |

# **ORDER**

AND NOW, this 13th day of November, 2019, upon consideration of the *pro se* motion (Doc. 264) and counseled supplemental motion (Doc. 267) by defendant Orlando Sanchez ("Sanchez") to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that:

1. Sanchez's motions (Docs. 264, 267) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:16-CV-1790.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania