# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:92-CR-319** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ORLANDO SANCHEZ,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 26th day of November, 2019, upon consideration of the motion (Doc. 296) filed *pro se* by defendant Orlando Sanchez ("Sanchez"), seeking permission to proceed *in forma pauperis* in connection with his notice (Doc. 295) of appeal filed on today's date, and it appearing that Sanchez has been found by this court to be financially unable to obtain counsel, (Docs. 256, 263), and that he may thus continue to proceed on appeal in *in forma pauperis* status without further authorization, see FED. R. APP. P. 24(a)(3), it is hereby ORDERED that Sanchez's motion (Doc. 296) is GRANTED to the extent that he is authorized under the Federal Rules of Appellate Procedure to continue on appeal in *in forma pauperis* status.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania